**Order entered September 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00865-CV**

**IN RE REDDIE HOUSTON, Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81813-06**

**ORDER**

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relator's Petition for Writ of Mandamus.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE